**FILED**

SEP 21 2015

United States Courthouse
For Northern District of Indiana
Hammond Civil Division

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Maurice Brown; | case: __2.15CV 361__ |
| Plaintiff; | Relief sought: Be paid one-million dollars in damages, |
| Vs. | Jury demand |
| Indiana Bureau of Motor Vehicles (IBMV); | Type of action: A petition for redress of grievance |
| Defendants. | |

*'Complaint to inform defendants they acted to suspend Brown's driving privileges, against the constitution because of 3-wrongs namely: (1) acted while knowing Brown was not convicted of a DUI; (2) acted without a fair hearing; and (3) acted under discrimination, against mentally & physically disabled people '*

**With Trust in God**, Maurice Plaintiff sues to get relief, as offered by our constitution.

[jurisdiction]

1. The *U.S. Constitution 1st Amendment* (exhibit-X0), enables Brown to petition this District-court with a redress of grievance.
2. Brown's grievance is for how & why defendants suspended his license.
3. In petitioning, Brown requests judicial notice for two-notices, from the IBMV (exhibits-X1). Also notice for his driving record, advertised by the IBMV (exhibits-X2). Because they identify the plaintiff's claims.

[About parties]

4. Brown is a 54-year old disabled-person, who lives in Hammond Indiana;
5. And has 3 mental & physical disabilities namely: (1) surviving aortic aneurysm then suffering cardiac-complications; (2) a blind right-eye from glaucoma; and (3) acute anxiety attacks. That can be proven with medical-evidence (exhibits-X3).
6. With CVS prescription-evidence, Brown can prove he takes anti-psychotic meds on a 24/7 schedule (exhibit-X4).
7. IBMV operates a motor vehicle agency, at 100 N. senate ave, Indianapolis IN;

8. And in its operations, IBMV suspended license # 1670-55-3912, that pertains to this court's jurisdiction.
9. This court's jurisdiction covers 7338 calumet avenue, Hammond Indiana in which is plaintiff's address.

[introduction]

10. In SEP 2015, the IBMV claim Brown was convicted of a OWI/DUI, in an Illinois case that regards case # YB-012-666.
11. At all times relevant, Brown was not convicted of a DUI because case YB-012-666 is still at pre-trial. Pretrial is evident because Judge Thomas O'Hara set a status hearing for case YB-012-666, to be held 01 OCT 2015. O'Hara works in room 203 of the Cook county Markham Illinois court house.
12. An although finding he is at pre-trial, defendants still believe Brown was convicted of a DUI. Then be eligible for suspension. An before its suspension the IBMV wrote Brown about requesting a material error review. That was received by the IBMV, on 16 SEP 2015, via U.S. priority mail # 2315 0610 0000 4682 5364 (exhibit X5). Parcel 5364 has sworn-facts for O' Hara not convicting Brown.
13. Brown assumes defendants read parcel-5364.
14. Brown assumes O'Hara has knowledge for him not being convicted of a DUI.
15. O'Hara can be reached at 708 232-4170.

[Claims against defendants]

16. Brown claims the IBMV operates an wrongful-suspension & driving record, that started 20 SEP 2015. In regards to license # 1670-55-3916.
17. Brown claims wrongful because IL case YB-012-666, did not convict him.
18. Brown claims before suspension defendants received his request for hearing;
19. Brown claims defendants received his request 16 SEP 2015. But ignored it to causes an unconstitutional suspension & record, for license # 1670-55-3916.
20. Unconstitutional because of learning the Illinois court did not convict Brown of a DUI, as seen in its notice dated 01 SEP 2015.
21. Brown claims unconstitutional because it causes him to be denied driving privileges for getting health care for his mental & physical disabilities.

22. Brown claims discrimination because he was never convicted of a OWI/DUI.
23. Brown claims unconstitutional because defendants held parcel 5364 then suspended Brown's privileges allowed by the constitution.
24. Brown claims unconstitutional because parcel 5364 informed the IBMV that its notice, was contrary to what Judge O'Hara decided.
25. Brown believes his claims, against IBMV, are identified by the U.S. constitutional.
26. Brown claims he can rely of Judge O'Hara to prove his claims of unconstitutional.
27. Brown claims O'Hara has facts contrary to IBMV's notices dates 01 SEP.

[Cause of action]

28. An for knowing its agency caused a suspension from contrary info. But instead using its power to wrongfully suspend, it causes the IBMV to be liable for a notice that purported into suspension. That causes after effects, intended to harm Brown's disabled person, while operating a motor vehicle. That causes IBMV to be liable for maintaining a wrongful-suspension. That causes Brown to believe he can receive one-million dollars, in damages. An for maintaining such, it cause liability for paying Brown.
29. Because the suspension was designed to be an unconstitutional-wrong. Wrong because of reasoning contrary to what O'Hara found. That subjects Brown to police stops, while driving. That causes Brown to believe in unconstitutional-wrongs.
30. An because of a unconstitutional-design, it causes Brown to claims he has a viable cause of action to be entitled to his relief sought as, one-million dollars.
31. An because of the unconstitutional-wrongs, it causes Brown to suffer from the loss of his driving privileges. That the IBMV caused by assuming O'Hara convicted Brown of a DUI.
32. An as a result thereof, it causes Brown to petition this federal court for relief because his disabilities are harmed further or continuous in nature.
33. Wherefore, Brown prays after a jury trial, his petition causes a judgment against defendants. Then an award of one-million dollars for plaintiff, please.

[Signature]

Entreatingly submitted;

*[signature: Maurice Brown]*

Maurice Brown

I sign under the penalties of perjury, *18 U.S.C. section 1001* that this paper conveys actual-facts to the best of my recalled knowledge.

7338 Calumet avenue

Hammond IN 46324

(219) 262-2961

page-4

# Exhibit-Index

X0= The Constitutional law that allows Brown to petition/pg. 6;

X1= a copy of the IBMV record that shows Brown is suspended/page 7;

X2= The two-notices from IBMV/pages 8-9;

X3= medical evidence that proves Brown is disabled/ page 10-11;

X4= CVS prescription evidence /page 12 and;

X5= U.S. postal proofs for IBMV receiving Brown's request/pages 13-14.

Maurice Brown
7338 Calumet avenue
Hammond IN 46324
(219) 262-2961

Page 5

# Right to petition in the United States

From Wikipedia, the free encyclopedia

In the United States the **right to petition** is guaranteed by the First Amendment to the United States Constitution, which specifically prohibits Congress from abridging "the right of the people...to petition the Government for a redress of grievances".

Although often overlooked in favor of other more famous freedoms, and sometimes taken for granted, many other civil liberties are enforceable against the government only by exercising this basic right. The right to petition is fundamental in a Republic, such as the United States, as a means of protecting public participation in government.[1]

## Contents

- 1 Historic roots
- 2 First use
- 3 Scope
    - 3.1 Restrictions
- 4 References

The right to petition is protected by the First Amendment in the Bill of Rights.



page 6

## Historic roots

The American right of petition is derived from British precedent. In Blackstone's *Commentaries*, Americans in the Thirteen Colonies read that "the right of petitioning the king, or either house of parliament, for the redress of grievances" was a "right appertaining to every individual".[3]

In 1776, the Declaration of Independence cited King George's perceived failure to redress the grievances listed in colonial petitions, such as the Olive Branch Petition of 1775, as a justification to declare independence:

> In every stage of these Oppressions We have Petitioned for Redress in the most humble terms:
> Our repeated Petitions have been answered only by repeated injury. A Prince, whose character
> is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.
> [4]

Historically, the right can be traced back[2] to English documents such as Magna Carta, which, by its acceptance by the monarchy, implicitly affirmed the right, and the later Bill of Rights 1689, which explicitly declared the "right of the subjects to petition the king".[5]

| myBMV Home | Plates And Registrations | Vehicle Titles | Licenses And ID Cards | Driver Records | Suspension & Reinstatement | my Information |

**View Your Driver Record**
**Official Driver Record**
**Pay Reinstatement Fees Online**
**Renew Your License or ID Card**
**View Your Recent Driver Notices**
**Track Your Recent Renewals**
**Replacement Licenses or IDs**
**Schedule Driving Test**
**Your Renewal Date**
**CDL Self-Certify Driver Type**
**Proceed to Checkout**

# Licenses And ID Cards

**Welcome, MAURICE C BROWN!**

Your license, identification card and/or permits are displayed below. Click on the type detailed information.

If you would like to receive email reminders before your license expires, please

| Type | | Number | Status |
|---|---|---|---|
| | | 1670-55-3916 | SUSPENDED MISDEMEANC |
| | | 1670-55-3916 | |
| | | 1670-55-3916 | SUSPENDED MISDEMEANC |

Click to Verify - This site chose
Symantec SSL for secure
e-commerce and confidential
communications.



**ABOUT SSL CERTIFICATES**

Do you have questions about the information displayed? If you would like to email us,
If you would like to chat with a BMV associate,      . (Web Chat is available 8:15am - 4:45p Friday)



page 7

...


EXHIBIT
X2



**Indiana Bureau of Motor Vehicles**
100 North Senate Avenue
Indianapolis, Indiana 46204
(888) 692-6841
www.myBMV.com

**NOTICE OF SUSPENSION**
Date of notice 09/01/2015

*Regarding OWI*

MAURICE C BROWN
7338 CALUMET AVE
HAMMOND, IN 46324-2620

The Court noted below entered the following judgment or conviction against you. As a result, your driving privileges will be suspended effective 9/20/2015 through 12/19/2015. You may find information about your reinstatement requirements by logging into your account at www.myBMV.com, or by contacting our BMV Contact Center at the above number.

If you believe an error exists in the BMV's records with respect to this suspension, you may request a material error review. Requests for material error review must be in writing and mailed to the following address: Bureau of Motor Vehicles, Hearings Department, Room N404, 100 North Senate Avenue, Indianapolis, IN 46204. Please include any documentation you would like to have considered as part of the review with your written request. Requests to review this suspension for any other reason will not be considered.

If the below conviction was received in another state, Indiana law allows you to request an administrative hearing regarding this action by mailing a written request to the BMV Hearings Department at the address above. Requests for administrative hearing must be received or postmarked within eighteen (18) days from the date of this notice. Any review of the validity of the conviction is limited to verifying the identity of the person convicted.

**Court:**
ILLINOIS
2701 S DIRKSEN PARKWAY
SPRINGFIELD, IL, 62723
(800) 252-8980

**Offense:**
Offense: OPERATING WHILE INTOXICATED
Cause number: IL20614TR00012666
Offense date: 3/16/2014
Conviction Date: 8/14/2015

CUID: 2087816


EXHIBIT
X2

1 of 2

Page 8



**Indiana Bureau of Motor Vehicles**
100 North Senate Avenue
Indianapolis, Indiana 46204
(888) 692-6841
www.myBMV.com

**FINANCIAL RESPONSIBILITY VERIFICATION**
Date of notice: 09/01/2015

Driver License Number:   xxxx-xx-3916
Driver's name:      MAURICE C BROWN

MAURICE C BROWN
7338 CALUMET AVE
HAMMOND, IN 46324-2620

The Indiana Bureau of Motor Vehicles (BMV) was notified that you received a traffic citation or were operating a vehicle that was involved in an accident on 03/16/2014. Indiana law requires that you provide the BMV evidence of financial responsibility for the motor vehicle involved. If verification of financial responsibility is not received by 10/12/2015, Indiana law requires the BMV to suspend your driving privileges, vehicle registration, or both.

Please note that if verification of financial responsibility is not received, in addition to having your driving privileges and/or vehicle registration suspended, you will be required to maintain proof of future financial responsibility (Form SR22) on file with the BMV for three (3) or five (5) years following the end of your driving privilege suspension. Your driving privileges will remain suspended until the BMV has received an effective SR22 form from your insurance provider.

---

EXHIBIT X 2     page 9

2 of 2



COMBIGAN OP
diazepam 2 MG tablet
DIOVAN 320 MG tablet
latanoprost 0.005 % ophthalmic solution

### Where to get your medications

These are the prescriptions that you need to pick up.
You may get these medications from any pharmacy.

amLODIPine 10 MG tablet
buffered aspirin 325 MG Tabs
cloNIDine 0.3 MG tablet
DSS 100 MG Caps
HYDROcodone-acetaminophen 5-325 MG per tablet
irbesartan 300 MG tablet
nebivolol 10 MG tablet
pantoprazole 40 MG tablet
prednisoLONE acetate 1 % ophthalmic suspension

# Summary of your Hospitalization

### About your hospitalization

| | |
|---|---|
| You were admitted on September 1, 2013 | You last received care on CH 2 WEST PAVILION |
| You were discharged on September 11, 2013 | Unit phone number-If you have questions call 219-836-7048 |

### Why You Were Hospitalized-Your Diagnoses Included:

1. **Chest pain**
2. **Aneurysm**
3. **Lung failure causing loss of breath**

### Allergies as of 9/11/2013

| | Reactions |
|---|---|
| Pcn (Penicillin) | Itching, Swelling |
| Sulfa Drugs | Itching |

### Diet Instructions/Orders for After Discharge

Diet: Cardiac, Lacto-ovo --low fat, low cholesterol, low sodium

### Follow-up Information

Follow up with Leonard J. Buccellato, MD. Schedule an appointment as soon as possible for a visit in 2 weeks.
Contact information:
761 45th St Ste 108
Munster IN 46321
219-922-5416

Follow up with Patty A Meding, NP on 10/1/2013. (@ 2:15 PM)
Contact information:

APR 8 2014

MAURICE BROWN

**Williams Eye Institute and Hearing Center**
6850 Hohman Avenue • Hammond, Indiana 46324
219-931-7509   219-937-5093 Fax   219-937-5063
Medical Offices   www.williamseye.com   Surgery Center

Date: _____

Dr. Ferguson referred pt for evaluation of glaucoma
" uveitic glaucoma - IRI
CC: ARMD  Cataracts  Dry Eyes  Glaucoma/Suspect  IOL  Diabetes
Other: Hx glaucoma Pt. was a pt. Dr Jas[i]
                                                 br[i]
Subj/HPI: M&O s/es Dr. Ferguson.
Hx cats. "Right eye blind" Trauma OD ago
Feels xalatan works better.   x2

Travatan QD OU ʘ

Max IOP _____   Target IOP _____

|   | cc | sc | ph | N | BAT M |   |   |
|---|---|---|---|---|---|---|---|
| V OD | | NLP | | | | W OD | Broke glasses. |
| V OS | | 20/30+ | | | | W OS | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M(AR) OD | — | | Add: | | MR Rx OD | Balance | Add: → |
| M(AR) OS | -0.75 +0.25 x 166   20/20 | | | | OS | -0.50+0.25 x 166  20/20  +2.25 |

CVF: ☐ Full  ☑ Other  NLP OD.

Pupils: OD 6.5 Fixed
        OS  7.5  5.5  3  ʘ
Dk. Lt. Rea. APD

@ 253  TA< 27/14   (+3)
@ 254   Dilation: (1%M)  OS (+2)   ⊕ OS

VC Technician

EOM: Versions ☐ WSF/full ☑ Other (R)ESO
Alignment ☑ WSF/full ☐ Other

Ext: Lids/Lashes/Lac App: ☑ WSF ☐ Other

**Dilated Fundus Exam**
OU
Nerve: ☑ nl
Macula: ☑ nl  HAZY OD
Vessels: ☑ nl  View
Periphery: ☑ nl
C/D  HAZY  030.4
     View

Pachy
OD 510
OS 522

**Slit Lamp Exam:**
OU
Conj. ☐ WSF  2-3+ injet      mild
K    ☐ WSF  2+ pigmentdust )  injet OS
A/C  ☐ WSF  PI PATENT /OD
Iris ☐ WSF  1 PAS @ 10 periph!
             trabec
Lens ☐ WSF  4+NS
IOL  ☐ WSF  4+PSC
PC   ☐ WSF

ASSESSMENT: ① POAG - limits VA
②

TESTS ORDERED: Ascan   Lenstar
PLAN: Switch to Latanoprost OU
D/C Travatan Z

Cont Durezol BID OD →
Combigan BID OD →
Pataday QD OU →

EXHIBIT X3  page 11
2 of 4

Return: _____ CE (OV) PO IOP OCT VF
Reason: Cats IOL/Glauc/ Dry Eyes DM ARMD Other: _____
Scribe/Attestation    Reviewed Health Hx

HPI Confirmed by Dr. AW (DW) EG TK BF

MD/Attestation



**REGIONAL MENTAL HEALTH CENTER**

Helping. Healing. Building a Strong Community.

Forensic Clinical Services

State of Illinois

Circuit Court of Cook County

Criminal Courts Administration Building

2650 S. California , Room 1001

Chicago, Il   60608

EXHIBIT X3   page 12

3 of 4

To Whom It May Concern:                                                               1/30/2015

Maurice Brown, birthdate 12/23/1960 , has been coming to our clinic for services since 5/19/2014.

He was seeking services for problems with anxiety, ocd symptoms and problems with insomnia. We have seen

no evidence of drug or alcohol related symptoms. He continues to suffer from some anxiety and depression, after

also dealing with the effects of an aortic aneurysm on 9/1/13, and being blind in his right eye. There has been some

improvement in the level of depression. He is on the current medication : Lexapro 10 mg daily and Mirtazapine 30 mg

at night. We have seen no evidence of psychosis, or delusions.  If there are further questions, we are available at 219-972-0131.

_____ ,LCSW

_____ ,MD

www.RegionalMentalHealth.org

**Strawhun Center**
8555 Taft Street • Merrillville, IN 46410-6199 • Phone 219.769.4005 • Fax 219.769.2508

**Stark Center**
3903 Indianapolis Blvd • East Chicago, IN 46312-2555 • Phone 219.398.7050 • Fax 219.392.6998

**REGIONAL MENTAL HEALTH CENTER**
Regional Mental Health -Lakeside Counseling Center
2600 Highway Ave
Highland IN, 46322
Tel: (219) 972-0131 Fax: (219) 972-9104

**Preferred Pharmacy**
CVS/pharmacy #2520
6445 CALUMENT AVE
HAMMOND IN, 46325
Tel: 219-937-8525 Fax: 219-937-3381

**Patient: MAURICE BROWN**
Male  Age: 54 - DOB: 12/23/1960
MR# 16250170
7509 WHITE OAK AVE
Hammond IN, 46324
Home: (219) 262-2961

**Allergies:** pencillins
**Diagnoses:** CDE 300.02 - GENERALIZED ANXIETY DIS (primary) DSMIV: 300.02 - Generalized Anxiety Disorder ICD9: 401.9 - HYPERTENSION NOS ICD9: 799.9 - UNKN CAUSE MORB/MORT NEC DSMIV: ISC1 - Problems with primary support group DSMIV: ISC2 - Problems related to the social environment DSMIV: ISC4 - Occupational problems DSMIV: ISC5 - Housing problems DSMIV: ISC9 - Other psychosocial and environmental problems ICD9: 401.9 - HYPERTENSION NOS ICD10: F32.9 - Chronic depression

FAXED

### Current Active Orders

| Medication | Prescriber | Start Date | End Date |
|---|---|---|---|
| Escitalopram - #Refills Authorized: 2<br>- 20MG, TAB, PO. Take one (1) Tablet Daily | Dr. Epifanio Sandoval MD | 07/28/2015 | 10/25/2015 _ 30-2R |
| traZODone hydrochloride - #Refills Authorized: 2<br>50MG, TAB, PO. Take one (1) Tablet At Bedtime | Dr. Epifanio Sandoval MD | 07/28/2015 | 10/25/2015 _ 30-2R |
| cloNiDine | Non-ISC | | |
| metoprolol | Non-ISC | | |

### Most Recent Prescribing Events (Occurred 07/28/2015)

| Medication | Prescriber | Start Date | End Date |
|---|---|---|---|
| New traZODone hydrochloride - #Refills Authorized: 2<br>- 50MG, TAB, PO. Take one (1) Tablet At Bedtime | Dr. Epifanio Sandoval MD | 07/28/2015 | 10/25/2015 |
| RO Escitalopram - #Refills Authorized: 2<br>- 20MG, TAB, PO. Take one (1) Tablet Daily | Dr. Epifanio Sandoval MD | 07/28/2015 | 10/25/2015 |
| DC Mirtazapine - #Refills Authorized: 1<br>- 30MG, TAB, PO. Take one (1) Tablet At Bedtime | Dr. Epifanio Sandoval MD | 05/19/2015 | 07/28/2015 |
| DC cloNiDine - #Refills Authorized: 1<br>- 0.2MG, TAB, PO. Take one (1) Tablet Three Times a Day | Dr. Epifanio Sandoval MD | 05/19/2015 | 07/28/2015 |

Next appt.
10-22-15

EXHIBIT X 3     page 13
4 of 4

https://orderconnect.ntst.com/reports/rptCurrentOrders.asp?from C&memberID=11116267    7/28/2015

EXHIBIT X4  page 14



MAY CAUSE DROWSINESS. USE CARE WHEN OPERATING A VEHICLE, VESSEL OR MACHINE.
MAY CAUSE DIZZINESS

DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION.

RPH: Anna Leong
Orig: 07/28/2015
Date filled: 09/01/2015
Discard After: 08/31/2016
This is a WHITE, ROUND-shaped TABLET imprinted with 20 on the front.

#2520
MAURICE BROWN
ESCITALOPRAM 20 MG TABLET
Common Brand(s): Lexapro
TAKE 1 TAB DAILY
Qty.30   Refills require authorization
Store Phone: (219) 937-8521
Rx #1460231
Prescriber: EPIFANIO GLORIA SANDOVAL



MAY CAUSE DROWSINESS AND DIZZINESS. CAREFUL USING VEHICLE, VESSEL, MACHINES.
MAY CAUSE BLURRED VISION

TAKE WITH FOOD.

RPH: Pooja A Shah
Orig: 07/28/2015
Date filled: 07/28/2015
Discard After: 07/27/2016
This is a WHITE, ROUND-shaped TABLET imprinted with PLIVA 433 on the front.

#2520
MAURICE BROWN
TRAZODONE 50 MG TABLET
Common Brand(s): Desyrel
TAKE 1 TAB EVERY NIGHT AT BEDTIME
Qty:30   2 refills before 07/27/2016
Store Phone: (219) 937-8521
Rx #1460238
Prescriber: EPIFANIO G SANDOVAL

CALL DOCTOR IF YOU EXPERIENCE MOOD CHANGES, SADNESS, DEPRESSION OR FEAR.
TAKE OR USE THIS EXACTLY AS DIRECTED. DO NOT STOP DOSES OR DISCONTINUE.

English   Customer Service   USPS Mobile   Register / Sign In

# USPS.COM

# USPS Tracking®

**EXHIBIT X 5**  Page 15  1 of 2

**Tracking Number:** 23150610000046825364

**Updated Delivery Day:** Thursday, September 17, 2015
**Signed for By:** M GATCHELL // INDIANAPOLIS, IN 46204 // 1:34 pm

## Product & Tracking Information

**Postal Product:**  Priority Mail 2-Day™
**Features:** Insured   Signature Confirmation™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 16, 2015, 1:34 pm | Delivered | INDIANAPOLIS, IN 46204 |

Your item was delivered at 1:34 pm on September 16, 2015 in INDIANAPOLIS, IN 46204 to BMV. The item was signed for by M GATCHELL.

| September 16, 2015, 11:13 am | Arrived at Post Office | INDIANAPOLIS, IN 46204 |
| September 16, 2015, 8:26 am | Out for Delivery | INDIANAPOLIS, IN 46204 |
| September 16, 2015, 8:16 am | Sorting Complete | INDIANAPOLIS, IN 46204 |
| September 15, 2015, 1:34 pm | Arrived at USPS Destination Facility | INDIANAPOLIS, IN 46241 |
| September 14, 2015, 8:29 pm | Arrived at USPS Origin Facility | CHICAGO METRO HUB |

**U.S. Postal Service Signature Confirmation Receipt**

Postage and Signature Confirmation fees must be paid before mailing.

SIGNATURE CONFIRMATION NUMBER: 2315 0610 0000 4682 5364

Article Sent To: (To be completed by mailer)

BMV Hearings Dept.
Rm. N. 404, 100 N. Senate Ave
Indianapolis IN. 46204

Postmark Here

☐ Restricted Delivery

PS Form 153, April 2015 PSN 7530-00-000-4046 (See Reverse)

```
PM 2-Day              1       $5.75
Flat Rate Env
    (Domestic)
    (INDIANAPOLIS, IN  46204)
    (Flat Rate)
    (Expected Delivery Day)
    (Wednesday 09/16/2015)
Insurance             1       $0.00
    (Up to $50.00 included)
Sign Conf             1       $3.00
    (@@USPS Signature Tracking #)
    (23150610000046825364)

Total                         $8.75

Credit Card Remitd            $8.75
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5200)
    (Approval #:035964)
    (Transaction #:805)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
```



P96C 16

2 of 2