AO 239 (Rev. 12/13) (INND Rev. 6/14)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**FILED**

SEP 2015

ROBERT [illegible], Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Maurice Brown,
)
*[You are the plaintiff. Type or print your name on the line above. If there is more than one plaintiff, each of you must complete a separate form.]*
)
)
)
)
v.
)
BMV
)
*[You are suing the defendant(s). Type or print ONLY the name of the FIRST defendant on the line above.]*
)
)

Cause No. 2:15CV361

*[If you are filing this in a current case, put the case number on the line above. If this is a new case, leave it blank. The clerk will provide the number when the case is filed.]*

## PETITION TO PROCEED
## WITHOUT PRE-PAYMENT OF FEES AND COSTS

I declare that I am not a prisoner and that I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit and I petition the court to proceed without pre-payment of court fees and costs.

1. Are you employed?

   ☒ NO

   ☐ YES, my gross earnings (before deductions for taxes, etc.) are $_____ per month.

2. Are you married?

   ☒ NO

   ☐ YES, my spouse's gross earnings (before deductions for taxes, etc.) are $_____ per month.

3. Have you or your spouse received any money in the past 12 months from any source other than employment?

   ☐ NO

   ☒ YES

   | From whom? | How often? | How much? | |
   |---|---|---|---|
   | My brother | For birthday | $200 usd | $200.⁰⁰ |
   | | | | |
   | | | | |
   | | | | |

AO 239 (Rev. 12/13) (INND Rev. 6/14)

4. Are you financially dependent on someone other than your spouse for support?

☒ NO   *No*

☐ YES, I am supported by [name and relationship] _____

5. How much cash do you and your spouse have? $ *0*

6. Do you or your spouse have money in a checking, savings, Certificate of Deposit, or any other account?

☒ NO   *No*

☐ YES

| Name of Financial Institution | Type of Account | How Much? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7. What is the value of your and your spouse's real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ *0*

8. Do you have any dependents?

☐ NO

☒ YES, I support *2* child/children who is/are under 18 years of age.

List any adult (other than your spouse) whom you support:

| Name | Age | Relationship | How Much? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9. Please provide any other information that should be considered in evaluating your petition.

*I am diligently looking for work*

I declare under penalty of perjury that the foregoing is true.

Today's Date: *09/20/15*   Your Signature: *Marvia B___*