FILED
SEP 21 2015
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States Courthouse
For Northern District of Indiana
Hammond Civil Division

| | |
|---|---|
| Maurice Brown; | case: 2.15CV 361 |
| Plaintiff; | Relief sought: Be paid one-million dollars in damages, |
| Vs. | Jury demand |
| Indiana Bureau of Motor Vehicles (IBMV); | Type of action: A petition for redress of grievance |
| Defendants. | |

[Appearance by plaintiff]
[Rule 5(a)]

Maurice Plaintiff cordially enters his appearance in this cause. Then states that:

1. He does accept service by fax or email;

2. he requests all papers for this case be mailed to him at 7338 Calumet avenue, Hammond IN 46324.

By: _/s/ Maurice Br_    Date: 21 SEP 2015

Maurice Brown, Pro se
7338 Calumet ave.
Hammond Indiana 46324
(219) 262-2961