United States Courthouse
For Northern District of Indiana
Hammond Civil Division

Maurice Brown;

          Plaintiff;

Vs.

Indiana Bureau of Motor Vehicles (IBMV);

          Defendants.

case: _____2 . 1 5 C V   3 6 1_____

Relief sought: Be paid one-million dollars
in damages,

Jury demand

Type of action: A petition for redress of
grievance

**[Demand for Jury Trial of all issues Endorsed Upon a Pleading]**
[Rule 38(b)]

Maurice Plaintiff hereby requests a jury trial in this action.

**- FILED -**

SEP 21 2015

By:_____      Dated: 21 SEP 2015

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Maurice Brown, Pro Se
7338 Calumet Ave.
Hammond IN. 46324
(219) 262-2961