

United States Courthouse
For Northern District of Indiana
Hammond Civil Division

| | |
|---|---|
| Maurice Brown; | case: 2:15CV 361 |
| Plaintiff; | Relief sought: Be paid one-million dollars in damages, |
| Vs. | Jury demand |
| Indiana Bureau of Motor Vehicles (IBMV); | Type of action: A petition for redress of grievance |
| Defendants. | |

[Notice of filing complaint]

To: Indiana Government center north
Alex Miller
100 N. Senate Avenue, room 402
Indianapolis IN 46204

Please take notice that on 21 SEP 2015, for the above captioned-case. I filed suit against you at the clerk's office for the U.S. district court, on 5400 Federal Plaza, Hammond IN 46320, 219-852-6500. I now enclose a copy then serve it upon you. Respectively endorsed;

Maurice Brown                                              22 SEP 2015

Certificate of service

Under Federal Rule 5, I certify under the penalties of perjury, that on 22 SEP 2015, I correctly served a copy of this notice & my filed complaint, upon defendants, via U.S. Postal priority mail # 2315 0610 0000 4682 5357, with signature confirmation. An with pre-paid postage. In an envelope addressed as: Indiana Government center north/Alex Miller, 100 N. Senate avenue, room 402, Indianapolis IN 46204

By: _/s/ Maurice Brown_

Maurice Brown, pro se
7338 Calumet Ave.
Hammond IN. 46324
(219) 262-2961