UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MAURICE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:15-cv-00361-JVB-JEM |
| | ) |
| INDIANA BUREAU OF MOTOR VEHICLES, IBMV, | ) ) |
| | ) |
| Defendant. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N. D. Ind. L.R. 83-5, I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendant Indiana Bureau of Motor Vehicles, in the above-referenced matter.

Respectfully Submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Atty. No. 1958-98

Date: October 16, 2015    By:    /S/*Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General
Atty. No. 31321-49
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
(317) 232-6217; (317) 232-7979 (fax)
Philip.Gordon@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the registered attorneys:

I also certify that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Maurice Brown
7338 Calumet Avenue
Hammond, IN 46324
*Pro Se Plaintiff*

/s/ *Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General

Office of Attorney General
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:    (317) 232-6217
Fax:            (317) 232-7979
Email: Philip.Gordon@atg.in.gov