AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MAURICE BROWN
            Plaintiff(s)
      v.                          **Civil Action No.**    2:15-cv-361

INDIANA BUREAU OF MOTOR VEHICLES, *IBMV*
            Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

✓ Other: The Court DISMISSES plaintiff's suit against the IBMV without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge Joseph S. Van Bokkelen.

DATE:   11/23/2015                         ROBERT TRGOVICH, CLERK OF COURT

                                                                 /s/ RMNagy
                                             by _____
                                                 *Signature of Clerk or Deputy Clerk*